IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DWIGHT WATSON                                            :
                                                         :
v.                                                       :        CIVIL ACTION NO. 02-2859
                                                         :
RAYMOND J. SOBINA, ET AL.                                :
                                                         :

ORDER OF REPORT AND RECOMMENDATION

AND NOW, this      day of       ,      , in accordance with the procedure for the random assignment of habeas corpus cases, Local Civil Rule 72.1, and 28 U.S.C. §636(b) (1) (B), it is hereby

ORDERED that the above-captioned case is referred to the Honorable THOMAS J. RUETER, United States Magistrate Judge, for a report and recommendation.

BY THE COURT:

_____
ANITA B. BRODY, J.

civrr