IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DWIGHT WATSON | : | CIVIL ACTION |
| v. | : | |
| RAYMOND J. SOBINA, et al. | : | NO. 02-2859 |

**ORDER**

AND NOW, this 27th day of September, 2002, upon consideration of Relator's Petition for an Enlargement of Time to File a memorandum of law in support of his habeas petition,[1] it is hereby

**ORDERED**

1. The Clerk of Court shall docket the petitioner's motion for enlargement of time which is attached to this order.

2. Petitioner shall file a memorandum of law in support of his petition for habeas corpus on or before Friday, October 25, 2002.

3. The District Attorney shall file a specific and detailed answer to the petition, and an accompanying memorandum of law, on or before Friday, November 22, 2002, pursuant to Rule 5, 28 U.S.C. § 2254.

BY THE COURT:

_____
THOMAS J. RUETER
United States Magistrate Judge

---

[1] The court was notified by the District Attorney's Office that petitioner had forwarded a copy of the motion for enlargement of time to their office. However, petitioner never filed this motion. Therefore, a copy of this document was not received by the court until September 27, 2002.